EDWIN GOULD, on Behalf of Himself and Others, Creditors of F. AUGUSTUS HEINZE, Deceased, Respondent, v. LIDA M. FLEITMANN, Individually and as Administratrix of the Estate of F. AUGUSTUS, HEINZE, Deceased Appellant, and WALTER A. FULLERTON, as Administrator of the Estate of F. AUGUSTUS HEINZE, Deceased, and as Guardian of F. AUGUSTUS HEINZE, JR., an Infant, Respondent.

*Fraudulent conveyance — assignment of life insurance policies payable to estate while insured was insolvent — when assignments will be set aside after death of insured, at suit of judgment creditor.*

*Gould* v. *Fleitmann*, 188 App. Div. 759, affirmed.

(Argued November 29, 1920; decided December 10, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 7, 1919, affirming a judgment in favor of plaintiff entered upon the report of a referee. Decedent, while insolvent, assigned to his sister, this appellant, four life insurance policies which he held payable to his estate. This assignment was without consideration. It is conceded in the case that he had at the time of the assignment borrowed from the several companies in which such policies were held an amount equal to the full surrender value of the policies. After the assignment he paid the premiums as they became due upon the policies and immediately after the payment of said premiums he, with consent of appellant, borrowed further sums upon the policies to reimburse himself for the premiums thus paid. The referee found that the assignment of these policies without consideration while insolvent was presumptively fraudulent which presumption was not rebutted by the defendants and upon this finding directed judgment setting aside the assignment.

*Joseph M. Proskaner, Charles F. Bailey* and *Stephen A. McIntire* for appellant.

*Henry H. Pierce, Royall Victor, Ralph Royall* and *Paul W. McQuillen* for plaintiff, respondent.

*James A. Leary* for defendant, respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND and ANDREWS, JJ. Dissent: CRANE, J. Not sitting: MCLAUGHLIN, J.